UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRYANNA CHISHOLM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 22-2882 (RC) |

### JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated November 28, 2022, the parties—Plaintiff Bryanna Chisholm and Defendants United States Department of Justice ("Justice Department") and its component, the Federal Bureau of Investigation ("FBI")—submit this joint status report. In this Freedom of Information Act ("FOIA") lawsuit, Plaintiff, a paralegal within the Office of the Federal Public Defender for the Middle District of Pennsylvania, submitted a FOIA request seeking disclosure of records related to Charles Ray Hicks, Jr., who was convicted of one count of first-degree murder and related charges, and sentenced to death. After conducting a search, the FBI made eighteen interim releases of responsive records, totaling 9,086 reviewed pages.

Plaintiff has represented that she is not challenging the adequacy of the FBI's search. Plaintiff intends to challenge the withholdings in their entirety and, because Mr. Hicks is on death row in Pennsylvania, the Federal Public Defender has an obligation to obtain all records possible. For that reason, Plaintiff cannot agree to address withholdings based upon a representative sample. As a result, Defendants will need to address all withholdings across the totality of the 9,086 pages at issue in this case.

While Defendants acknowledge that Mr. Hicks is on death row in Pennsylvania, the FBI has determined that, given Plaintiff's need to challenge each withholding, it will need approximately 12 months to code all withholdings identified on every page produced or withheld in this case and, thereafter, prepare a *Vaughn* index. This time estimate is based upon a coding rate of approximately 1,000 pages per month – double the FBI's standard rate –and is not intended to delay these proceedings.

The parties propose to submit a joint status report on or before April 14, 2023, and every 4 months thereafter updating the Court on the progress of the FBI's efforts to prepare the materials necessary for the parties to brief summary judgment on the totality of withholdings at issue in this case.

*   *   *

Dated: December 12, 2022                    Respectfully submitted,

                                                  MATTHEW M. GRAVES, D.C. Bar #481051
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   /s/ Robert A. Caplen
ROBERT A. CAPLEN, D.C. Bar #501480
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2523
robert.caplen@usdoj.gov

*Counsel for Defendant*


/s/ Kelly D. Miller
KELLY D. MILLER, PA Bar #307889
Assistant Federal Public Defender
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
717-782-3843
Kelly_miller@fd.org

*Counsel for Plaintiff*